IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE V. STATE OF CALIFORNIA,<br><br>    Plaintiff,<br>vs.<br><br>PHILLIP MARIN,<br>    Defendants.<br>_____ | 1: 05 CV-F- 0473 REC DLB<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATION<br>RE DISMISSAL OF NOTICE<br>OF REMOVAL AND DISMISSING |

On April 5, 2005, Defendant Phillip Marin ("Defendant") filed a Notice of Removal of a state criminal action, Fresno County Superior Court Case No. F 04905282-0. Defendant also filed a motion to proceed in forma pauperis which the court granted by separate order. On April 13, 2005, the Magistrate Judge filed findings and recommendations herein which were served on Defendant and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days. Defendant has not filed timely objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS

1

HEREBY ORDERED that:

1. The Findings and Recommendations filed April 13, 2005, are adopted in full; and

2. This action is DISMISSED with prejudice for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated:   **June 9, 2005**                                          **/s/ Robert E. Coyle**
668554                                                      UNITED STATES DISTRICT JUDGE

2